## IN THE CIRCUIT COURT OF LAUDERDALE COUNTY, MISSISSIPPI

**FILED**

CHARLES CLAYTON AND
RAMONA CLAYTON            DEC -8 2020            **PLAINTIFFS**

VS            *Donna Jill Johnson* CIRCUIT CLERK    CAUSE NO. 20CV149(BB)

WAL-MART REAL ESTATE BUSINESS TRUST, AND
DOES ONE THROUGH FIVE            **DEFENDANTS**

### COMPLAINT

**COME NOW** Charles Clayton and Ramona Clayton, plaintiffs, by and through their attorney, and file this their Complaint against Wal-Mart Real Estate Business Trust ("Wal-Mart") and Does One through Five, defendants herein, and in support thereof would respectfully show unto this Court the following facts, to-wit:

1. Plaintiffs, Charles Clayton and Ramona Clayton, are husband and wife, adult resident citizens of Lauderdale County, Mississippi.

2. Defendant, Wal-Mart, is a Delaware statutory trust with its principal place of business located in Wilmington, Delaware. It's registered agent for service of process, CT Corporation System, may be found at 645 Lakeland East Drive, Suite 101, Flowood, Mississippi. Defendant Wal-Mart operates the Wal-Mart Store located in Lauderdale County, at 2400 Highway 19 North, Meridian, Mississippi 39307. Charles Clayton was an invitee at this location on the day of the incident in question.

3. Defendants, Does One Through Five, are fictitious and unknown parties who may be responsible parties whose negligent acts caused or contributed to the Plaintiff's injuries. The identity of this party or the identities of these parties are unknown at this time and can only be ascertained



through the use of judicial mechanisms such as discovery. Upon learning the identity of this party or parties, the Plaintiff may substitute it/them for the fictitious parties under Rule 9(h). Alternatively, in the event that the Plaintiff has sued the wrong party or improperly named the responsible Wal-Mart entity and is required to change parties, such amendment will be made in accordance with Rule 15(c).

4. This Court has jurisdiction and venue is proper as the events complained of occurred in Lauderdale County, Mississippi.

5. On December 9, 2017, Charles Clayton, was an invitee at the Wal-Mart Store located at 2400 Highway 19 North, Meridian, Mississippi 39307, when he tripped and fell due to a hazardously placed merchandise display pallet on the floor of said store.

6. Individual defendants, along with corporate defendants and their respective employees, including those responsible for creating store displays, maintaining the premises in a reasonably safe condition and warning of any unsafe conditions, were negligent in failing to fulfill their responsibilities created by their employment with Wal-Mart, Inc., and Does One through Five. Corporate defendants Wal-Mart and Does One through Five are vicariously liable for any employee's individual and respective negligence, failure to maintain the premises in a reasonably safe condition, failure to warn of any unsafe condition, and otherwise negligent acts.

7. As a result of Wal-Mart and any corporate Does One through Five defendant, and their individual or respective employees' negligence and failure to maintain the premises in a reasonably safe condition, failure to warn of any unsafe condition, and otherwise negligent acts, Charles Clayton tripped and fell due to a hazardously placed merchandise display pallet on the floor of said store, and as a proximate result thereof suffered serious bodily injury and incurred substantial

damages in an amount to be determined by the jury.

These damages include, but are not limited to the following:

a. Past, present and future medical expenses;

b. Past, present and future physical pain and suffering;

c. Past, present and future mental and emotional distress;

d. Inconvenience and discomfort;

e. Ramona Clayton suffered a loss of consortium;

f. Any and all costs of litigation; and,

g. Any other relief which the Court or jury deems just of appropriate based upon the circumstances.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs demand judgement against the Defendants, Wal-Mart, and Does One through Five for actual and compensatory damages in an amount to be determined by the Court and any other relief which the Court deems just and appropriate.

Respectfully submitted,

RONNIE L. WALTON,
*Attorney for Charles and Ramona Clayton*

RONNIE L. WALTON (MSB #6933)
Glover, Young, Hammack, Walton & Simmons, PLLC
1724A 23rd Avenue (39301)
Post Office Box 5514
Meridian, Mississippi 39302-5514
Telephone: 601-693-1301
Fax: 601-693-1363
ronnie@gloveryoung.com